FILED: June 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4314
(5:19-cr-00022-MOC-DCK-2)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOHN D. GRAY

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Statesville |
| Originating Case Number | 5:19-cr-00022-MOC-DCK-2 |
| Date notice of appeal filed in originating court: | 06/12/2026 |
| Appellant(s) | John D. Gray |
| Appellate Case Number | 26-4314 |
| Case Manager | R. Phillips<br>804-916-2702 |