UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:23-CR-00048-MOC & 5:19-CR-00022-MOC

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) | |
| vs. | ) | MOTION FOR ADMISSION *PRO HAC VICE* and AFFIDAVIT |
| GREG E. LINDBERG, | ) | |
| Defendant. | ) | |

NOW COMES Kenneth N. Barnes ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Brent A. Hannafan ("Applicant"), who seeks permission to represent Greg E. Lindberg ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is Tennessee.

2. Applicant practices under the name of or as a member of the following firm:

**Firm Name:** Litson PLLC
**Mailing Address:** 54 Music Square E, Suite 300
**City / State / Zip:** Nashville, TN 372023
**Telephone Number:** 615-985-8205 **Facsimile Number:** 855-730-7996
**Email Address (required):** brent@litson.co

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:
*see addendum.
_______________________________________________________________________________
______________________________________________________________________.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they do not oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

By signing this Motion, we so certify.

This, the 17th day of June, 2026.

Kenneth N. Barnes

Local Counsel

Attorney Name : Kenneth N. Barnes
Firm Name: Barnes Legal PLLC
Bar No. 14035
Firm Address: 356 Travel Lite Dr.
Firm City / State / Zip: Raleigh, NC 27603
Telephone Number: 919-524-1977
Email Address: barnesatty@aol.com

Brent A. Hannafan

Applicant

## **ADDENDUM**

| COURT | DATE ADMITTED |
|---|---|
| U.S. Supreme Court | 08/10/2001 |
| 2nd Circuit Court of Appeals | 09/27/2001 |
| 6th Circuit Court of Appeals | 11/21/2025 |
| 7th Circuit Corut of Appeals | 01/09/1996 |
| District of Nebraska | 04/15/2026 |
| Eastern District of Michigan | 05/14/2026 |
| Northern District of Illinois | 12/20/1995 |
| Southern District of New York | 05/15/2001 |
| Middle District of Tennessee | 07/05/2006 |
| Western District of Tennessee | 03/06/2026 |
| Eastern District of Tennessee | 05/18/2026 |
| State of New York | 04/17/2001 |
| State of Illinois | 11/09/1995 |
| State of Tennessee | 09/20/2006 |