**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

June 25, 2026

---

MISROUTED FEE TRANSMITTED
TO DISTRICT COURT

---

No. 26-4310, US v. Greg Lindberg
5:19-cr-00022-MOC-DCK-1

TO: Katie Simon
UNITED STATES DISTRICT COURT
Western District of North Carolina
200 West Broad Street
Room 100
Statesville, NC 28677-0000

The Court of Appeals has received the filing and docketing fee for this appeal in the amount of $605.00.

The filing and docketing fee for an appeal is sent to the district court, rather than to the court of appeals. Accordingly, the payment is being forwarded to the district court at the above address.

J. Kim, Deputy Clerk

cc: Anthony Joseph Enright
Vivek Ramachandran

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 12, 2026

---

FEE NOTICE FOR CRIMINAL AND
POST-JUDGMENT CRIMINAL CASES

---

RECEIVED
JUN 25 2026
U.S. Court of Appeals
Fourth Circuit

No. 26-4310, US v. Greg Lindberg
5:19-cr-00022-MOC-DCK-1

**FEE: $605 DUE TO DISTRICT COURT OR CJA 23 APPLICATION DUE TO COURT OF APPEALS: June 29, 2026**

TO: Kenneth N. Barnes

To pursue this appeal, appellant must pay the applicable filing fee **to the Clerk, U.S. District Court**. If appellant is financially unable to pay the fee, appellant may file a **CJA 23 Application to Proceed under CJA under seal** with the Court of Appeals. Appellant must either pay the fee to the District Court or file the CJA 23 Application with the Court of Appeals within 15 days of the date of this notice.

Counsel representing the defendant in a criminal case, including retained counsel, is required to take appropriate and timely steps to perfect the defendant's appeal, including assisting the defendant with filing a CJA 23 Application in the Court of Appeals. If the defendant has not perfected this appeal within 15 days, the Court will issue a Rule 46 notice directing counsel to identify the steps taken to assist the defendant in perfecting the appeal and the reasons the appeal has not been perfected in a timely manner.

R. Phillips, Deputy Clerk
804-916-2702

cc: Defendant