UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:23-CR-00048-MOC & 5:19-CR-00022-MOC

UNITED STATES,

Plaintiff,

vs.

GREG E. LINDBERG,

Defendant.

MOTION FOR ADMISSION
*PRO HAC VICE*
and AFFIDAVIT

NOW COMES Kenneth N. Barnes ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Joseph Alex Little IV ("Applicant"), who seeks permission to represent Greg E. Lindberg ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is Tennessee.

2. Applicant practices under the name of or as a member of the following firm:

**Firm Name:** Litson PLLC
**Mailing Address:** 54 Music Square E, Suite 300
**City / State / Zip:** Nashville, TN 37203
**Telephone Number:** 615-985-8205 **Facsimile Number:** 855-730-7996
**Email Address (required):** alex@litson.co

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:

*see addendum.

______________________________________________________________________.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they do not oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

By signing this Motion, we so certify.

This, the 17th day of June, 2026.

Kenneth N. Barnes

Local Counsel


Attorney Name : Kenneth N. Barnes Firm

Name: Barnes Legal PLLC

Bar No. 14035

Firm Address: 356 Travel Lite Dr.

Firm City / State / Zip: Raleigh, NC 27603

Telephone Number: 919-524-1977

Email Address: barnesatty@aol.com


J. Alex Little

Applicant

## ADDENDUM

| COURT | DATE ADMITTED |
|---|---|
| U.S. Supreme Court | 12/01/2014 |
| 3rd Circuit Court of Appeals | 02/11/2025 |
| 4th Circuit Court of Appeals | 09/01/2023 |
| 6th Circuit Court of Appeals | 08/30/2013 |
| 7th Circuit Court of Appeals | 07/04/2025 |
| 8th Circuit Court of Appeals | 09/20/2022 |
| 9th Circuit Court of Appeals | 10/24/2024 |
| 10th Circuit Court of Appeals | 08/30/2013 |
| 11th Circuit Court of Appeals | 11/09/2022 |
| D.C. Circuit Court of Appeals | 03/05/2026 |
| Central District of California | 05/15/2019 |
| Northern District of California | 09/19/2025 |
| District of Colorado | 04/10/2026 |
| Eastern District of Michigan | 05/19/2026 |
| Northern District of Illinois | 08/19/2019 |
| Eastern District of Missouri | 08/19/2019 |
| Eastern District of Tennessee | 09/21/2013 |
| Middle District of Tennessee | 06/16/2010 |
| Western District of Tennessee | 10/08/2014 |
| District Court of D.C. | 03/02/2026 |
| Western District of Pennsylvania | 11/25/2025 |
| State of Tennessee | 06/01/2011 |
| State of California | 12/21/2006 |