UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREG E. LINDBERG,<br><br>*Defendant*. | No. 5:19-CR-22-MOC<br><br>No. 3:23-CR-48-MOC |

**MOTION FOR INQUIRY INTO STATUS OF COUNSEL**

The United States of America respectfully moves the Court to schedule a hearing to inquire into the status of Defendant Greg E. Lindberg's counsel. After the Defendant was sentenced on May 26, 2026, the two law firms that represented Defendant for years in these matters both moved to withdraw (Docs. 195-197) and then moved to withdraw their motions to withdraw as moot (Doc. 224), and three different law firms have since claimed to represent him. (Docs. 170, 210, 244). Earlier this week, one of the new law firms advised the United States that it, too, was going to seek to stop representing Defendant. Yet, not one of these law firms has submitted anything signed by Defendant that sets forth his wishes with respect to representation despite requests from the United States to do so.

During this same period, more than a dozen filings spilling across thousands of pages have been filed purportedly on Defendant's behalf, including two notices of appeal. Some of these filings have no signature block (Doc. 174), some have only local counsel's signature (e.g. Docs. 172, 173, 190, 201, 202, 211, 212, 213, 220, 234, 236, 237, 238), and some have multiple counsels' signatures (e.g. Docs. 225, 227, 228). Some of these filings are also missing or have blank certifications required by the Local Rules. Moreover, in conversations with the United

States, some of Lindberg's purported counsel have disclaimed, or refused to adopt, certain filings made by other purported counsel.[1]

The situation is untenable and needs to be resolved promptly so that any adjustments to the Preliminary Restitution Order entered at sentencing (Doc. 161) can be made within the 90-day period set forth in Title 18, United States Code, Section 3664(d)(5).

Therefore, based on the foregoing, the United States respectfully requests a hearing to inquire into the status of Defendant's counsel.

RESPECTFULLY SUBMITTED, this 23rd day of July, 2026.

DALLAS J.E. KAPLAN
ATTORNEY FOR THE UNITED STATES[2]

/s/ ***Daniel Ryan***
Daniel Ryan
Dana Washington
Assistant United States Attorneys
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-3222
daniel.ryan@usdoj.gov

LORINDA I. LARYEA
CHIEF
CRIMINAL DIVISION, FRAUD SECTION

***/s/ Lyndie M. Freeman***
Lyndie M. Freeman
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
Georgia Bar No. 119499
1400 New York Avenue
Washington, DC 20005
Telephone: 202-616-5315
lyndie.freeman@usdoj.gov

[1] In his response to Conservatrix's Petition for Writ of Mandamus, Defendant even claimed to represent himself pro se. (Doc. 198).

[2] Acting under authority conferred by 28 U.S.C. § 515.