**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREG E. LINDBERG,<br>*Defendant*. | No. 5:19-CR-22-MOC<br><br>No. 3:23-CR-48-MOC |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Kenneth Barnes, Esq. and Vivek Ramachandran, Esq. hereby provide the Court with Notice of Substitution of Counsel in Case No. 5:19-cr-22 and Case No. 3:23-cr-48.

Vivek Ramachandran has applied to be admitted Pro Hac Vice and has entered a notice of appearance on behalf of Mr. Lindberg in Case No. 5:19-cr-22 and Case No. 3:23-cr-48. He and Kenneth Barnes will represent Mr. Lindberg going forward in both cases. Mr. Ramachandran is substituted in place of the following attorneys from Litson PLLC who previously represented Mr. Lindberg in these matters: J. Alex Little, Brent A. Hannafan, and Edward J. Canter. Please remove the above attorneys as counsel of record for Mr. Lindberg and direct all future filings, correspondence and notices to Mr. Ramachandran and Mr. Barnes. Mr. Ramachandran and Mr. Barnes will comply with all pending deadlines in these cases and will represent Mr. Lindberg at any scheduled hearings. Mr. Lindberg has consented to the substitution of counsel of Mr. Ramachandran for the above-referenced attorneys. Because Mr. Lindberg is currently in the custody of the Bureau of Prisons with limited attorney access, his written confirmation of consent is forthcoming and will be filed as a supplement to this Notice.

July 23, 2026.

/s/ Kenneth Barnes
Kenneth Barnes
N.C. Bar No. 14035
Kenneth Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
barnesatty@aol.com
(919) 524-1977
*Counsel for Defendant Greg E. Lindberg*