**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREG E. LINDBERG,<br>Defendant. | Case No. 5:19-CR-22-MOC<br>Case No. 3:23-CR-48-MOC<br>Judge Max O. Cogburn, Jr. |

**SUPPLEMENTAL RESPONSE OF UNDERSIGNED COUNSEL TO THE UNITED STATES' MOTION FOR INQUIRY INTO STATUS OF COUNSEL (DOC. 247) ADDRESSING MINISTERIAL CORRECTIONS**

Kenneth N. Barnes, local counsel for Defendant Greg E. Lindberg, respectfully submits this supplemental response to address the ministerial matters identified in the United States' Motion for Inquiry into Status of Counsel (Doc. 247). The Government never notified the undersigned of any of these matters before raising them with the Court. Each is a clerical matter. Each has been corrected or is being corrected, and none requires a hearing.

## I. The duplicate notice-of-appeal entries were filing errors that counsel reported to the Clerk the same evening.

The Motion observes that two notices of appeal appear on the docket. Only one appeal was taken in each case. The duplicate entries were filing errors, and the undersigned identified them to the Clerk's Office the same evening they occurred.

In No. 3:23-cr-48, the notice of appeal was submitted at Doc. 191 without a signature. It was re-filed in signed form at Doc. 192. In No. 5:19-cr-22, the notice of appeal at Doc. 536 was filed before the motion to stay rather than after it, and was re-filed at Doc. 538.

On June 11, 2026, at 6:32 p.m., the undersigned emailed the Clerk's ECF Help Desk identifying both errors and stating the correct order of the filings. (Ex. F.) As to No. 3:23-cr-48, the email states: "Please remove Docket#191 was filed in error as it was submitted without a signature. The correct order the documents is Docket #190 motion to stay followed by Docket #192 Notice of Appeal." As to No. 5:19-cr-22: "Please remove Docket# 536 was filed in error before the motion for stay. The correct order the documents is Docket #537 motion to stay followed by Docket #538 Notice of Appeal."

The docket reflects those corrections. The entry at Doc. 191 was annotated as a filing error and re-filed at Doc. 192; the Clerk transmitted the notice of appeal to the Fourth Circuit on June 12, 2026 (Doc. 194) and transmitted the signed version on June 15, 2026 (Doc. 200); and the Fourth Circuit assigned Case No. 26-4309 (Doc. 199). The second entry in each case is the corrected version of the first, not a second appeal.

The corrections did not affect timeliness. Judgment was entered on May 29, 2026 (Doc. 162), and the notice of appeal was filed on June 11, 2026 — one day before the fourteen-day deadline that runs from entry of the judgment or order appealed from. Fed. R. App. P. 4(b)(1)(A). The appeal was timely, and the sequence as it now appears on the docket is accurate.

In any case, none of these errors prevented the Government from responding on the merits.

## II. Certifications inadvertently omitted from certain filings will be supplied by errata.

The Motion identifies the filings by docket number. It states that one has no signature block (Doc. 174). That filing is a Supplemental Statement of Facts. It is now supported by Mr. Lindberg's affidavit, sworn under penalty of perjury and attached as Exhibit E, and the undersigned adopts it as set out in Section IV below.

To the extent any of those filings — Docs. 172, 173, 174, 190, 201, 202, 211, 212, 213, 220, 225, 227, 228, 234, 236, 237, and 238 — lacks a certification required by the Local Rules, the certification was inadvertently omitted from the document as filed. The undersigned will file an errata correction sheet within the next few days supplying the required certifications for each such filing. The undersigned

respectfully requests that the Government identify any additional filing it contends is deficient so that it may be included in the same errata.

In at least one of the filings, the certification was not omitted at all — it was inadvertently placed at the end of the first exhibit rather than immediately after the undersigned's signature. The certification was executed; it appears in the wrong place. The errata will place each certification where it belongs.

Had the Government raised these omissions with the undersigned before raising them with the Court, they could have been supplied without the Court's involvement. In any case, none of these errors prevented the Government from responding on the merits.

## III. Defendant has sworn to the statements of fact filed on his behalf.

Defendant Greg E. Lindberg has executed an affidavit, dated July 26, 2026 and sworn under penalty of perjury, which is attached as Exhibit E. In it he declares that, to the extent his Statements of Facts are on the record in these cases, those filings are intended as his personal affidavits (Ex. E ¶ 1); that he personally reviewed the documents but could not sign them when they were filed, for the custodial reasons described above (id. ¶ 2); and that he adopts all Statements of Fact and all Supplemental Statements of Fact filed in these cases (id. ¶ 4).

The affidavit identifies, without limiting the adoption, the following filings (id. ¶ 5): Docs. 132-1 and 132-2, the two parts of Exhibit 1 to Defendant's Response and Objection to the Special Master's Report and Recommendations, filed May 4, 2026 and titled Greg Lindberg's Statement of Facts; Doc. 190-4, the Statement of Facts filed as an exhibit to the motion to stay; and Doc. 234. The adoption also reaches the Supplemental Statement of Facts at Doc. 174, which is among the filings the inquiry identifies.

Whatever question the Motion raises about the source of the factual statements in these filings is answered by that affidavit.

In any case, none of these errors prevented the Government from responding on the merits.

## IV. Undersigned counsel adopts the statements of fact.

The undersigned adopts Mr. Lindberg's sworn statement of facts to the extent necessary to support the filings in this case. That adoption extends to each filing identified in Mr. Lindberg's affidavit (Ex. E ¶ 5) — Docs. 132-1 and 132-2, which together comprise Exhibit 1 to Defendant's Response and Objection to the Special Master's Report and Recommendations, titled Greg Lindberg's Statement of Facts, and which are now sworn to and signed by Mr. Lindberg and adopted by undersigned

counsel to the extent necessary in any motions; Doc. 190-4; and Doc. 234 — and to the Supplemental Statement of Facts at Doc. 174.[1]

In any case, none of these errors prevented the Government from responding on the merits.

These are ministerial matters. They have been corrected or are being corrected in the ordinary course, and the Court need not convene a hearing to accomplish what counsel is already doing.

Dated: July 26, 2026

Respectfully submitted,

*/s/ Kenneth N. Barnes*
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

*Counsel for Greg E. Lindberg*

[1] A typed affidavit that supersedes the handwritten affidavit, correcting the filing dates as they appear on the docket, will be signed by Mr. Lindberg and filed with the Court as soon as practicable.

## ARTIFICIAL INTELLIGENCE CERTIFICATION

Pursuant to the Standing Order *In Re: Use of Artificial Intelligence* entered by this Court on June 18, 2024, the undersigned certifies that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg. The undersigned further certifies that every statement and every citation to an authority contained in this document has been checked for accuracy by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Dated: July 26, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes
*Counsel for Greg E. Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: July 26, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes
*Counsel for Greg E. Lindberg*