FILED: July 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1967
(5:19-cr-00022-MOC-DCK-1)

---

In re: GREG E. LINDBERG

Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Statesville |
| Date Petition Filed: | 07/24/2026 |
| Petitioner(s) | Greg E. Lindberg |
| Appellate Case Number | 26-1967 |
| Case Manager | R. Phillips<br>804-916-2702 |