**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG E. LINDERBG,<br><br>Defendant. | Case No. 3:23-CR-48-MOC<br>Case No. 5:19-CR-22-MOC<br><br>Judge Max O. Cogburn, Jr. |

**DEFENDANT GREG E. LINDBERG'S FINAL RESPONSE TO THE UNITED STATES' MOTION FOR INQUIRY INTO STATUS OF COUNSEL (DOC. 247)**

Defendant Greg E. Lindberg ("Defendant"), by and through undersigned counsel, hereby files this Final Response to The United States' Motion For Inquiry Into Status of Counsel (Doc. 247). For the reasons set forth below, the motion should be denied.

This Final Response, together with Defendant's prior filings, address all issues raised by the Government in its Motion.

First, all issues identified in the motion for inquiry have been resolved on the docket. *See* Docs. 252, 253, and 254.

Second, the Affidavit of Greg E. Lindberg attached hereto as Exhibit A, clearly sets forth counsel of record and prior counsel.

Therefore, based on the foregoing, Defendant respectfully requests the court to dismiss the Motion for Inquiry Into Counsel as moot and vacate the hearing on the matter currently set for August 10, 2026.

Dated: August 3, 2026

Respectfully submitted,

/s/ Kenneth Barnes_________
**KENNETH BARNES**
Kenneth Barnes Legal, PLLC
N.C. Bar No. 14035
356 Travel Lite Dr., Raleigh, NC 27603
Tel: (919) 524-1977
Email: barnesatty@aol.com

*Counsel for Defendant Greg E. Lindberg*[1]

[1] Pursuant to LCrR 44.1 and LCvR 83.1 (c)(4), attorney Vivek Ramachandran has not signed this document while his Motion for Pro Hac Vice remains pending.

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: August 3, 2026

*/s/ Kenneth N. Barnes*
Kenneth N. Barnes

*Counsel for Greg E. Lindberg*