FILED: August 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-1967
(5:19-cr-00022-MOC-DCK-1)

In re: GREG E. LINDBERG

Petitioner

O R D E R

Upon consideration of submissions relative to the petition for writ of mandamus, amended petition and motion to expedite the decision, the court denies the petitions and the motion.

Entered at the direction of Judge Rushing with the concurrence of Judge King and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk