**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG E. LINDBERG,<br><br>*Defendant.* | Case No. 3:23-CR-48-MOC<br>Case No. 5:19-CR-22-MOC<br><br>Judge Max O. Cogburn, Jr. |

**DEFENDANT'S NOTICE OF ERRATA REGARDING DEFENDANT'S MOTION TO DECLARE THE SPECIAL-MASTER REFERENCE UNCONSTITUTIONAL AS APPLIED, TO DISQUALIFY AND REMOVE THE SPECIAL MASTER, AND TO SET ASIDE THE RESTITUTION ORDERS (DOC. 269)**

Defendant Greg E. Lindberg respectfully submits this Notice of Errata to correct three citation errors in his Motion to Declare the Special-Master Reference Unconstitutional as Applied, to Disqualify and Remove the Special Master, and to Set Aside the Restitution Orders (Doc. 269). The corrections are non-substantive: each corrects the form, source, or pinpoint page of a case citation, and none alters any argument, factual assertion, or the relief requested. Page references are to the document as filed; paragraph references identify the numbered paragraph in which each citation appears.

1. Part I.A, ¶ 1 (page 2). The first sentence is corrected to read: "A receiver is 'a neutral court officer … to take control, custody, or management of property,' *Sterling v. Stewart*, 158 F.3d 1199, 1201 n.2 (11th Cir. 1998) (*quoting* 12 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2981, at 5 (1973)), whose

'possession of the property is the possession of the court,' *United States v. McPherson*, 631 F. Supp. 269, 272 (M.D.N.C. 1986)."

2. Part II, ¶ 3 (page 3). The first sentence is corrected to read: "The judicial power of the United States may be exercised only by Article III courts. *Stern v. Marshall*, 564 U.S. 462, 484 (2011)."

3. Part V, ¶ 9 (page 7). The citation "*United States v. Broughton-Jones*, 71 F.3d 1143, 1147 (4th Cir. 1995)" is corrected to read "*United States v. Broughton-Jones*, 71 F.3d 1143, 1149 (4th Cir. 1995)."

Nature of the corrections. Correction 1 re-attributes the first quotation, which was quoted accurately but inadvertently attributed to *McPherson*: the language "a neutral court officer … to take control, custody, or management of property" is from *Sterling v. Stewart* — already cited in the same paragraph — *quoting* Wright & Miller, *Federal Practice and Procedure* § 2981. The correction supplies the correct source and separately pinpoints the language actually quoted from *McPherson* ("possession of the property is the possession of the court," at 272). Correction 2 removes quotation marks from a paraphrase of the holding of *Stern v. Marshall*; the pinpoint page (484) is unchanged and correct. Correction 3 corrects a pinpoint page from 1147 to 1149, the page on which the quoted language appears; the quotation itself is unchanged and accurate. None of these corrections alters the substance of the Motion, and the Motion is in all other respects unchanged.

Dated: August 6, 2026.

Respectfully submitted,

*/s/ Kenneth N. Barnes*
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com
*Counsel for Greg E. Lindberg*[1]

[1] Pursuant to LCrR 44.1 and LCvR 83.1 (c)(4), attorney Vivek Ramachandran has not signed this document while his Motion for Pro Hac Vice remains pending.

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: August 6, 2026.

*/s/ Kenneth Barnes*
Kenneth Barnes
*Counsel for Greg E. Lindberg*