**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG E. LINDBERG,<br><br>Defendant. | Case No. 3:23-CR-48-MOC<br>Case No. 5:19-CR-22-MOC |

**NOTICE OF ERRATA**
**DOCUMENT NOS. 280, 281, 283, 285**

Defendant Greg E. Lindberg, by through counsel, respectfully submits this Errata to certain filings in order to correct inadvertent clerical errors in the following docket entries identified below with accompanying certifications and consultations with opposing counsel in resolution of the errors:

**DOC. NO. 280:** "Defendant's Preliminary Objections to the Special Master's Report and Recommendations Regarding Restitution (Doc. 245) and Proposed Final Order of Restitution (Doc. 245-1)."

1. Doc. No. 280 was inadvertently filed dated August 2, 2026. The document should have been dated August 6, 2026.
2. Doc. No. 280 was inadvertently filed without a Certificate of Service. Accordingly, the Certificate of Service for Doc. No. 280 follows below:

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel

of record, including counsel for the United States and counsel for the Special Master.

This the 6th day of August 2026.

/s/ Kenneth N. Barnes
Kenneth N. Barnes
*Counsel for Defendant Greg E. Lindberg*

**DOC. NO. 281**: "Defendant Greg E. Lindberg's Preliminary Response and Objection to the Special Master's Second Supplement to Report and Recommendations Regarding Restitution (Doc. 245)."

1. The Declaration of Greg E. Lindberg (Doc. No. 281-1) was inadvertently filed with a duplicative Term Sheet (Ex. B) at 281-1 pps. 8 – 13. These pages duplicate Ex. B of the Declaration which was filed as 281-3.
2. Exhibits 1(a) through 1(e) to Doc. No. 281 were inadvertently not filed. Exhibits 1(a) through 1(e) are attached hereto.

**DOC. NO. 283**: "Defendant's Response to the Special Master's Response (Doc. 266) to Defendant's Motion for Issuance of Subpoenas Duces Tecum (Doc. 248)."

1. The signature page of Doc. No. 283 was inadvertently filed without a footnote regarding pro hac vice counsel, Vivek Ramachandran. Accordingly, the corrected signature block with footnote for Doc. No. 283 at p.4follows below:

Dated: August 6, 2026.

Respectfully submitted,

/s/ Kenneth N. Barnes
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com
*Counsel for Greg E. Lindberg*[1]

[1] Pursuant to LCrR 44.1 and LCvR 83.1 (c)(4), attorney Vivek Ramachandran has not signed this document while his Motion for Pro Hac Vice remains pending.

4

2. Doc. No. 283 was inadvertently filed without a Certificate of Service. Accordingly, the Certificate of Service for Doc. No. 283 follows below:

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including counsel for the United States and counsel for the Special Master.

This the 6th day of August 2026.

/s/ Kenneth N. Barnes
Kenneth N. Barnes
*Counsel for Defendant Greg E. Lindberg*

**DOC. NO. 285** "Defendant's Reply in Support of his Motion for Issuance of Subpoenas Duces Tecum (Doc. 248), in Response to the Government's Opposition (Doc. 582, No 5:19-cr-22)." The Declaration of Greg E. Lindberg (Doc. No. 285-1) was inadvertently filed with a duplicative Term Sheet (Ex. B) at 285-1 pps. 8 – 13. These pages duplicate Ex. B of the Declaration which was filed as 285-3.

[Signature page follows.]

Dated: August 7, 2026

Respectfully submitted,

/s/ Kenneth N. Barnes
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com
*Counsel for Greg E. Lindberg*[1]

[1] Pursuant to LCrR 44.1 and LCvR 83.1 (c)(4), attorney Vivek Ramachandran has not signed this document while his Motion for Pro Hac Vice remains pending.

**CERTIFICATE OF CONSULTATION**

Pursuant to the Court's motions practice, the undersigned states that counsel for Defendant conferred with counsel for the United States and the Special Master on August 7, 2026, regarding this Notice of Filing Errata.

Defendant's Counsel attempted to confer with the Special Master regarding the filing of the Notice of Errata. The special master did not respond as of the filing of this document.

Defendant's Counsel attempted to confer with counsel for the United States regarding the filing of the Notice of Errata. Counsel did not respond as of the filing of this document.

/s/ Kenneth Barnes_________
**KENNETH BARNES**

## CERTIFICATE OF SERVICE

I certify that on the date set forth below, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will serve notice on all counsel of record, including counsel for the United States.

Dated: August 7, 2026

/s/ Kenneth N. Barnes
Kenneth N. Barnes