**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG E. LINDBERG,<br><br>Defendant. | Case No. 3:23-CR-48-MOC<br>Case No. 5:19-CR-22-MOC |

**NOTICE OF FILING CERTIFICATE OF CANCELLATION FOR THE BECKETT COLLECTIBLES TRUST**

Defendant Greg E. Lindberg, by through counsel, respectfully submits this Notice of Filing Certificate of Cancellation for the Beckett Collectibles Trust. A true and correct copy is attached hereto as Exhibit A.

Dated: August 10, 2026

Respectfully submitted,

/s/ Kenneth N. Barnes

Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com
*Counsel for Greg E. Lindberg*[1]

[1] Pursuant to LCrR 44.1 and LCvR 83.1 (c)(4), attorney Vivek Ramachandran has not signed this document while his Motion for Pro Hac Vice remains pending.

## CERTIFICATE OF SERVICE

I certify that on the date set forth below, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will serve notice on all counsel of record, including counsel for the United States.

Dated: August 7, 2026

/s/ Kenneth N. Barnes
Kenneth N. Barnes