**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:19-CR-22-MOC-DSC-1**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **GREG E. LINDBERG,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**THIS MATTER** is before the Court on Defendant's Motion for Extension of Time to Report to BOP. (Doc. No. 517). Defendant seeks to delay his reporting to the BOP for 90 days so Defendant may be available to counsel to assist in the restitution process. Mr. Lindberg also requests that the Court ask the U.S. Marshals Service to transfer Mr. Lindberg to the Pike County Detention Center during this period so that he can continue to communicate with his counsel in connection with the restitution process.

Defendant's Motion for Extension of Time to Report to BOP, (Doc. No. 517), is **DENIED**.

Signed: August 14, 2026

Max O. Cogburn Jr
United States District Judge



Case 5:19-cr-00022-MOC-DCK Document 608 Filed 08/14/26 Page 1 of 1