FILED: August 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4310
(5:19-cr-00022-MOC-DCK-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

GREG E. LINDBERG

Defendant - Appellant

---

O R D E R

---

Upon consideration of submission relative to appellant's motion for stay pending appeal, motion to exceed the length limitation for the motion to stay, motion to expedite consideration for writ of mandamus and the motion for stay, and a motion to exceed the length limitation for the reply to the motion to stay, the court denies the motions.

Entered at the direction of Judge Rushing with the concurrence of Judge King and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk